IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**APRIL D. PHILLIPS**                                                                    **PLAINTIFF**

**v.**                            **NO. 4:23-cv-00189-PSH**

**KILOLO KIJAKAZI, Acting Commissioner of**                      **DEFENDANT**
**the Social Security Administration**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 13th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE